TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-01-00512-CR






Billy Wayne Lewis, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT


NO. 51,859, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING






O R D E R


PER CURIAM

The mandate issued March 26, 2003 is withdrawn. Appellant's pro se motion to stay
mandate is granted. Tex. R. App. P. 18.2. The stay will expire June 17, 2003.

It is ordered April 14, 2003.


Before Chief Justice Law, Justices B. A. Smith and Puryear

Do Not Publish